# ELECTRONIC RECORD

COA #   01-14-00003-CR          OFFENSE:   3(Del of Controlled Substance)

STYLE:   Luis Felipe Silva-Aguilar v. The State of Texas          COUNTY:   Harris

COA DISPOSITION:   AFFIRM          TRIAL COURT:   262nd District Court

DATE: 12/30/2014          Publish: NO   TC CASE #:   1374877

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Luis Felipe Silva-Aguilar v. The State of Texas          CCA #:   156-15

_APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 04/01/2015          SIGNED: _____   PC: _____

JUDGE: Per Curiam          PUBLISH: _____   DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**